UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OTIS LEE WALKER-HOUSTON III,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about April 25, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

**OTIS LEE WALKER-HOUSTON III,**

knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded InterArms .38 Special revolver, serial number D745014, and the firearm was in and affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in in this Indictment, the defendant,

**OTIS LEE WALKER-HOUSTON III,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), an InterArms .38 Special revolver, serial number D745014 and associated ammunition.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
TIMOTHY VERHEY
Assistant United States Attorney